

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00102-CV

**SAN ANTONIO INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

Maria **HALE**, Individually and as Next Friend of B.J.H., a Minor,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI12781
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and judgment is RENDERED dismissing appellee's claim against appellant with prejudice. It is ORDERED that appellant recover its costs of appeal from appellee.

SIGNED June 27, 2018.

Sandee Bryan Marion, Chief Justice